Rick W. Jarvis, SBN: 154479
JARVIS, FAY, DOPORTO & GIBSON, LLP
475 14th Street, Suite 260
Oakland, California 94612
Telephone: (510) 238-1400
Facsimile: (510) 238-1404
rjarvis@jarvisfay.com

**E-Filed 3/24/2010**

Attorneys for Defendant
CITY OF PALO ALTO

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOHBACH REALTY COMPANY LIMITED PARTNERSHIP,<br><br>   Plaintiff,<br>v.<br><br>CITY OF PALO ALTO, a municipal corporation,<br><br>   Defendant. | CASE NO: C10-00339 JF<br><br>[~~Proposed~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE<br><br>Action Filed: January 25, 2010<br>Trial Date: None Set<br><br>Hon. Jeremy Fogel |

  WHEREAS, the City has filed a Motion to Dismiss Complaint for Damages and Injunction; as said Motion is scheduled to be heard on April 30, 2010, the Court hereby orders that the Initial Case Management Conference be continued from April 30, 2010 until May 28, 2010, at 10:30 a.m..

  IT IS SO ORDERED.

Date: 3/24/2010

_____
Hon. Jeremy Fogel
JUDGE OF THE SUPERIOR COURT