1   Rick W. Jarvis, SBN: 154479
    Benjamin P. Fay, SBN: 178856
2   Julie M. Randolph, SBN: 122464                    **E-Filed 4/9/2010**
    JARVIS, FAY, DOPORTO & GIBSON, LLP
3   475 14th Street, Suite 260
    Oakland, California 94612
4   Telephone: (510) 238-1400
    Facsimile: (510) 238-1404
5   rjarvis@jarvisfay.com

6   Attorneys for Defendant
    CITY OF PALO ALTO

7

8

9                   UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                        SAN JOSE DIVISION

12

13  HOHBACH REALTY COMPANY LIMITED )    CASE NO: C10-00339 JF
    PARTNERSHIP,                    )
14                                  )    [PROPOSED] ORDER SHORTENING
                                    )    TIME FOR BRIEFING AND
15              Plaintiff,          )    HEARING OF DEFENDANT CITY OF
                                    )    PALO ALTO'S MOTION TO
16  v.                              )    DISMISS FIRST AMENDED
                                    )    COMPLAINT
17                                  )
    CITY OF PALO ALTO, a municipal  )    Action Filed: January 25, 2010
18  corporation,                    )    Trial Date: None Set
                                    )
19              Defendant.          )    Hon. Jeremy Fogel
                                    )
20                                  )    Date: April 30, 2010
                                    )    Time: 9:00 a.m.
21  _____    )    Courtroom: 3

22

23

24

25

26

27

28

1  Having reviewed the Stipulation of the Parties, this Court hereby orders the following:

2  The City's Motion to Dismiss First Amended Complaint for Injunction and Damages shall be

3  briefed and heard according to the following schedule:

4  Defendant City of Palo Alto shall file its  Motion to Dismiss First Amended Complaint by April 5,

5  2010.

6  Plaintiff Hohbach Realty Company shall file its Opposition to the Motion to Dismiss First

7  Amended Complaint by April 16, 2010.

8  Defendant City of Palo Alto shall file any reply to the Opposition on April 22, 2010

9  Hearing on the Motion to Dismiss First Amended Complaint is set for April 30, 2010 at 9:00

10  a.m., or as soon thereafter as the matter may be heard, in Courtoom 3 of the United States District Court

11  of the Northern District of California, San Jose Division, located at 280 South First Street, San Jose,

12  California, 95113, the Honorable Jeremy Fogel presiding.

13  IT IS SO ORDERED.

14

15  Dated:  4/9/2010

16  _____
   HON. JEREMY FOGEL

17

18

19

20

21

22

23

24

25

26

27

28

[Proposed} Order Shortening Time for Briefing and Hearing of Motion to Dismiss          Case No.: C10-00339 JF