**E-Filed 6/11/2010**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HOHBACH REALTY COMPANY LIMITED PARTNERSHIP,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF PALO ALTO, a municipal corporation, and STEPHEN EMSLIE, an individual,<br><br>　　　　　　Defendant. | Case No. 10-339-JF (PVT)<br><br>ORDER[1] EXTENDING TIME TO FILE JOINT CASE MANAGEMENT STATEMENT<br><br>[re: document no. 24] |

　　　　Defendant City of Palo Alto ("the City") requests a sixty day continuance of the case management conference ("CMC") set for July 30, 2010. Plaintiff Hohbach Realty Company Limited Partnership ("Plaintiff") requests that the CMC remain set for July 30, 2010. On May 20, 2010, the Court granted the City's motion to dismiss Plaintiff's complaint and granted Plaintiff leave to amend the complaint within sixty days of the order. Because Plaintiff's amended complaint may be filed as late as July 19, 2010, the City argues that the current CMC date will not allow the parties sufficient time to prepare a case management statement for that

---

[1] This disposition is not designated for publication in the official reports.

1  CMC. Rather than continuing the CMC, the Court will extend the time within which the parties
2  may file their case management statement. The case management statement for the July 30, 2010
3  CMC shall be filed on or before July 27, 2010.

5  **IT IS SO ORDERED.**

7  DATED: 6/11/2010

_____
JEREMY FOGEL
United States District Judge

2

Case No.  C10-339-JF (PVT)
ORDER EXTENDING TIME TO FILE JOINT CASE MANAGEMENT STATEMENT
(JFEX1)