| | |
|---|---|
| Rick W. Jarvis, SBN: 154479<br>Julie M. Randolph, SBN: 122464<br>JARVIS, FAY, DOPORTO & GIBSON, LLP<br>475 14th Street, Suite 260<br>Oakland, California 94612<br>Telephone: (510) 238-1400<br>Facsimile: (510) 238-1404<br>rjarvis@jarvisfay.com<br>jrandolph@jarvisfay.com | **E-Filed 7/29/2010** |

Attorneys for Defendant
CITY OF PALO ALTO

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOHBACH REALTY COMPANY LIMITED PARTNERSHIP,<br><br>    Plaintiff,<br>v.<br><br>CITY OF PALO ALTO, a municipal corporation, and STEPHEN EMSLIE, an individual,<br><br>    Defendant. | CASE NO: C10-00339 JF<br><br>**STIPULATION AND ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE**<br><br>Action Filed: January 25, 2010<br>Trial Date: None Set<br><br>Hon. Jeremy Fogel |

1   Plaintiff HOHBACH REALTY COMPANY LIMITED PARTNERSHIP and Defendant CITY OF PALO ALTO, by and through their respective attorneys, stipulate and agree that the Case Management Conference currently scheduled for Friday, July 30, 2010 at 10:30 a.m. shall be continued to Friday, August 13, 2010 at the same time. The Joint Case Management Statement shall be filed by August 10, 2010.

IT IS SO STIPULATED.

LAW OFFICES OF JEFFREY P. WIDMAN

Dated: July 27, 2010     By:          /s/
                              Jeffrey P. Widman
                         Attorneys for Plaintiff HOHBACH REALTY
                         COMPANY LIMITED PARTNERSHIP

JARVIS, FAY, DOPORTO & GIBSON, LLP

Dated: July 27, 2010     By:          /s/
                              Rick W. Jarvis
                         Attorneys for Defendant CITY OF PALO ALTO

WHEREAS, the parties agree to this continuation as indicated above. The Court hereby orders that the Case Management Conference be continued from July 30, 2010 until August 13, 2010, at 10:30 a.m. The Joint Case Management Statement shall be filed by August 10, 2010.

IT IS SO ORDERED.

Date: 7/29/2010

Hon. Jeremy Fogel
JUDGE OF THE SUPERIOR COURT