**E-Filed 8/19/2010**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| HOHBACH REALTY COMPANY LIMITED PARTNERSHIP,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF PALO ALTO, a municipal corporation, and STEPHEN EMSLIE, an individual,<br><br>    Defendant. | Case No.  10-339-JF (PVT)<br><br>ORDER[1] CLARIFYING MINUTE ORDER OF AUGUST 16, 2010<br><br>[Document No.  37] |

The above entitled action is dismissed without prejudice.  Pursuant to Civ. L.R. 3-3(c), if the action is refiled, Plaintiff shall file a motion asking the assigned judge to consider whether the cases should be related pursuant to Civ. L.R. 3-12.  The Court's practice is to grant such motions when appropriate.

**IT IS SO ORDERED.**

DATED: 8/19/2010

_____
JEREMY FOGEL
United States District Judge

---

[1] This disposition is not designated for publication in the official reports.

Case No.  C10-339-JF (PVT)
ORDER CLARIFYING THE MINUTE ORDER OF AUGUST 16, 2010
(JFEX1)